[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-15184
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 6, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00096-CR-CG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEANTHONY LEE BETTIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(May 6, 2009)

Before BLACK, BARKETT and HULL, Circuit Judges.

PER CURIAM:

William Scully, Jr., appointed counsel for Leanthony Lee Bettis, filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v.</u> <u>California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and Bettis's convictions and sentences are **AFFIRMED.**